In the Matter of JOHN B. ZANKOWSKI, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner. [817 NYS2d 545]—Order of suspension entered. Present—Scudder, J.P., Gorski, Green, Pine and Hayes, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE IVY, Appellant. [817 NYS2d 574]—Motion for writ of error coram nobis denied. Present—Hurlbutt, J.P., Scudder, Kehoe, Smith and Pine, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEWIS WAYNE BOGUE, Appellant. [817 NYS2d 574]—Motion for writ of error coram nobis denied. Present—Hurlbutt, J.P., Green, Pine and Hayes, JJ.